FILED

10/01/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0298

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0298

_____

RUPP'S RENTALS, LLC, a Montana limited
liability company,

       Plaintiff and Appellant,

  v.

                                     O R D E R

LARRY P. BENNETT,

       Defendant and Appellee.

_____

On August 6, 2020, the parties filed a status report indicating they had settled this matter. They further advised the Court that they would file a stipulation for dismissal upon exchange of funds and within 30 days. Nothing further has been filed.

IT IS ORDERED that, within thirty days of the date of this Order, counsel shall file either a stipulation for dismissal or a report on the status of this appeal.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 1 2020